IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA JOHNSON,

    Plaintiffs,

vs.                                                      No. 1:16-CV-00322-BRB-KBM

UNITED STATES OF AMERICA,

    Defendant.

## NOTICE OF COMPLETION REGARDING UNITED STATES OF AMERICA'S PARTIAL MOTION TO DISMISS

    Defendant the United States of America hereby notifies the Court that briefing is complete on Defendant's Partial Motion to Dismiss and ready for decision. Briefing consists of the following:

1.     Defendant's Partial Motion to Dismiss and Memorandum in Support by United States of America (Doc. 17, filed 9/16/16);

2.     Plaintiff's Response to the Partial Motion to Dismiss (Doc. 27, filed 10/24/16); and

3.     Defendant's Reply (Doc. 35, filed 11/10/16).

                                                             Respectfully submitted,

                                                              DAMON P. MARTINEZ
                                                              United States Attorney

                                                              *filed electronically 11/10/16*
                                                              KAREN F. GROHMAN
                                                              Assistant United States Attorney
                                                              P.O. Box 607
                                                              Albuquerque, New Mexico 87103
                                                              (505) 346-7274
                                                              Karen.Grohman@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2016, Defendant filed through the United States District Court CM/ECF System the foregoing document, causing it to be served by electronic means on all counsel of record.

                                          *filed electronically 11/10/16*
                                          KAREN F. GROHMAN
                                          Assistant United States Attorney