IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA JOHNSON,

    Plaintiff,

v.                        No. 1:16-cv-00322-BRB-KBM

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND STAY (DOC. 42)

This matter comes before the Court on the Parties' Joint Motion to Extend Stay (Doc. 42). The Motion is granted.

IT IS THEREFORE ORDERED THAT all proceedings and deadlines are stayed in this matter until a settlement conference takes place. If the parties are unable to resolve this matter, Defendant's responsive pleading to Plaintiff's Second Amended Complaint will be due one week after the conclusion of the settlement conference.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted on 2/7/17*
KAREN GROHMAN
Assistant United States Attorney
Attorney for Defendant

*Approved on 2/7/17*
Andrea D. Harris, Esq.
Matthew Zamora, Esq.
CARTER & VALLE LAW FIRM, PC
Attorneys for Plaintiff