IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA JOHNSON,

    Plaintiff,

v.        Civ. No. 1:16-cv-322 BRB-KBM

UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that this action is dismissed with prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties will bear their own costs and fees.

*/s/ Electronic approval April 20, 2017*
Andrea D. Harris, Esq.
Matthew Zamora, Esq.
CARTER & VALLE LAW FIRM, PC
8012 Pennsylvania Circle NE
Albuquerque, NM 87110
(505) 888-4357
*Counsel for Plaintiff*

*/s/ Karen F. Grohman*
KAREN F. GROHMAN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
*Counsel for Defendant*